Argued and submitted June 19, 2000, reversed and remanded for new trial
March 21, 2001

# STATE OF OREGON,
*Respondent,*

*v.*

# DAVID ALAN DRAKE,
*Appellant.*

(980948520; CA A106174)

21 P3d 660

Garrett A. Richardson argued the cause and filed the brief for appellant.

Laura S. Anderson, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Linder, Presiding Judge, and Brewer, Judge, and Ceniceros, Senior Judge.

PER CURIAM

